**Fill in this information to identify the case:**

Debtor name: HOUWELING'S ARIZONA, INC.

United States Bankruptcy Court for the: District of Arizona

Case number (If known): 4:25-bk-08256

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mucci Farms<br>1876 Seacliff Drive<br>Kingsville, ON N9Y 2N1 | | | Unliquidated | | | 4,086,382.78 |
| 2 | Mucci International Marketing Inc.<br>1876 Seacliff Drive<br>Kingsville, ON N9Y 2N1 | | | Unliquidated | | | 1,648,716.91 |
| 3 | SAGF Arizona LLC<br>Snell & Wilmer, One E. Washington Street<br>Phoenix, AZ, 85004 | | | Unliquidated | | | 1,240,000.00 |
| 4 | Quality Packaging & Supplies<br>2400 Statham Blvd.<br>Oxnard, CA, 93033 | | | Unliquidated | | | 1,199,205.77 |
| 5 | SAGF Arizona LLC<br>Snell & Wilmer, One E. Washington Street<br>Suite 2700<br>Phoenix, AZ, 85004 | | | Unliquidated | | | 1,159,990.27 |
| 6 | Miles Chemical Co. Inc.<br>24907 Anza Dr<br>Santa Clarita, CA, 91355 | | | Unliquidated | | | 283,622.60 |
| 7 | Paskal Technologies, Inc.<br>16767 Bernardo Ctr. Dr. #270556<br>San Diego, CA, 92198 | | | Unliquidated | | | 245,090.76 |
| 8 | Koppert Biological Systems, Inc.<br>1502 Old US-23<br>Howell, MI, 48843 | | | Unliquidated | | | 237,935.81 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Chahal Farms Inc. dba CFI<br>3885 96 St<br>Delta, BC V4K3N3 | | | Unliquidated | | | 181,786.41 |
| 10 | GlocalFert Inc.<br>PO Box 85055 Willoughby PO<br>Langley, BC V2Y 0W3 | | | Unliquidated | | | 162,884.80 |
| 11 | Go Green Imports<br>10900 Bonavista Gate<br>Richmond, BC V7E 4K3 | | | Unliquidated | | | 137,575.55 |
| 12 | Rijk Zwaan USA Inc.<br>701 La Guardia Street Suite A<br>Salinas, CA, 93905 | | | Unliquidated | | | 129,803.44 |
| 13 | PPC Flexible Packaging<br>29476 Network Place<br>Chicago, IL, 60673-1294 | | | Unliquidated | | | 79,262.45 |
| 14 | Nutrien Ag Solutions<br>2150 Eastman Ave<br>Oxnard, CA, 93030 | | | Unliquidated | | | 71,950.05 |
| 15 | Millenniumsoils Coir<br>111 Fourth Ave. Suite 371<br>St. Catherine's, ON L2S 3P5 | | | Unliquidated | | | 67,738.92 |
| 16 | Terrana Services Corp.<br>5 - 14211 Burrows Road<br>Richmond, BC V6V 1K9 | | | Unliquidated | | | 65,672.00 |
| 17 | Richmond Packaging Ltd. dba Richmond Plastics<br>9500 Van Home Way #201<br>Richmond, BC V6X 1W3 | | | Unliquidated | | | 54,656.00 |
| 18 | Sinclair Systems International, LLC<br>P.O. Box 35143 #40039<br>Seattle, WA, 98124-5143 | | | Unliquidated | | | 45,098.40 |
| 19 | Royal Interpack of North America<br>475 Palmyrita Ave<br>Riverside, CA, 92507 | | | Unliquidated | | | 37,675.18 |
| 20 | Chep USA<br>5897 Windward Parkway<br>Alpharetta, GA, 30005 | | | Unliquidated | | | 34,385.94 |